# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152767

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JEFFREY JAY RAPIER,
   Defendant-Appellant.

   SC: 152767
   COA: 329282
   Macomb CC: 2015-000511-FH

_____/

   On order of the Court, the application for leave to appeal the October 22, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2016

Clerk

s0615